CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
JUL 15 2010
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES GOLDEN, JR.,<br>　　Petitioner, | )<br>)<br>)　Civil Action No. 7:10-cv-00310<br>) |
| v. | )　**FINAL ORDER**<br>) |
| WARDEN,<br>　　Respondent. | )　By: **Samuel G. Wilson**<br>)　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Golden's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 15th day of July, 2010.

_____
United States District Judge